AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| RICARDO LEIJA | ) Case No. 18-6245-Valle |
|  | ) |
|  | ) |
|  | ) |
| *Defendant.* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/8/2016-5/18/2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2251(e) | Knowingly attempting to use a minor to engage in any sexually conduct for the purpose of producing any visual depiction of such conduct. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Goodrich, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/18/18

_____
Judge's signature

City and state:   Fort Lauderdale, Florida          Alicia O. Valle, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christopher Goodrich, Special Agent with the Federal Bureau of Investigation ("FBI"), having been first duly sworn, do hereby depose and state as follows:

### I. BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2016. Prior to that, I was a police officer in Norfolk, Virginia for approximately 9 years. I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography.

2. This affidavit is made in support of a criminal complaint against Ricardo Leija, (aka "Cur S. Dad" aka "WeShouldTalkDad" aka "BW" aka "DarkKnightVegas"), charging him with knowingly attempting to use a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251(e).

3. The information contained in this affidavit is based on my personal knowledge as well as information relayed to me by other law enforcement agents and officials involved in this investigation. I have not included in this affidavit each and every fact known to me or other law enforcement officers surrounding this investigation. Rather, I have included only those facts that

I believe are sufficient to establish probable cause to arrest the defendant for the violation described above.

## II. PROBABLE CAUSE

4. On September 1, 2017, law enforcement arrested a subject for enticement of a minor in the Southern District of Florida. A search warrant was obtained and executed on the subject's cell phone. During the analysis of the data, conversations on a texting application revealed that the subject was communicating about child pornography with another subject identified as "B W" aka "DarkKnightVegas."

5. Based on the above conversations, on December 8, 2017, an undercover law enforcement officer (UC) sent a message to BW that read, "Hello. U into youngggg?" The UC received a message from BW that read, "Who's this? How young." The UC and BW began communicating about how the UC knew him and the UC provided the name of the other subject who had been arrested (unknown to BW).

6. The UC revealed that he had a purported 9 year old daughter that he was sexually active with and had been for several years. The UC and BW also discussed the UC sharing his purported 9 year old daughter with other adult males for sexual purposes. The UC asked BW, "How do u know u like Younggg? And BW responded, "Used to have videos." During the conversation, the UC sent some images to BW that depicted the UC's purported 9 year old daughter. The images were not of a real child. Several times during the text conversation, BW attempted to have the UC call and play recordings of the UC having sex with his purported 9 year old daughter. After December 20, 2017, the UC did not answer the messages from BW that continued until December 29, 2017.

7. On December 27, 2017, the UC received a message from user "Cur S. Dad" aka

2

"WeShouldTalkDad." The UC responded on January 3, 2018 but then did not have any additional communication with Cur S. Dad until January 24, 2018. Cur S. Dad revealed he was the same individual that was using "DarkKnightVegas" during previous chats. Cur S. Dad expressed concern that the UC had been caught, "Thought maybe you got caught doing….something." On January 26, 2018, Cur S. Dad sent another message expressing concern for getting caught by law enforcement, "The thing I'm most worried about is you being caught then them tracking me down."

8. The conversation continued and Cur S. Dad expressed an interest in traveling to Florida to have sex with the UC's purported 9 year old daughter. Cur S. Dad stated, "I'm totally gonna fuck your little girl." The conversation continued with Cur S. Dad indicating he wanted to travel to Florida.

9. On March 4, 2018, Cur S. Dad asked the UC if he ever took a picture of himself ejaculating on his daughters face. The UC replied, "What take a pic of it?" and Cur S. Dad responded, "Oh yeah. Dude you would be THE MAN!!!" The UC and Cur S. Dad continued to discuss the UC making a video and sending it to Cur S. Dad in the mail. Cur S. Dad began directing the UC what to do in the video such as having the child suck his penis and ejaculating on her face and then penetrating her with his penis. The UC negotiated a payment for the video, "You can send me some money and I will make the video. Whatever you want me to do in the video I will do. Then I will send you the video. Half up front. I'm open to options but maybe like $40. For like 10 min vid." Cur S. Dad responded, "I make you a counter offer. I will mail you a $50 Visa gift card. That way it's not traceable." During the negotiations and planning of making the video, the UC told Cur S. Dad he could provide the UC with a script for the video. Cur S. Dad sent a script to the UC, "There's gonna be a lot of: "Daddy loves you, Baby" and

3

"Remember, don't tell Momy" and "Do you like Daddy's cock, Princess?" Do you love your Daddy?"

10. The conversation continued discussing mailing an encrypted thumb drive with the video that the UC purportedly made at the direction of Cur S. Dad. On March 15, 2018, Cur S. Dad sent a picture to the UC of an Amazon gift card redemption code. The UC verified that the gift card was real and contained $40. The UC redeemed the gift card with an account monitored by law enforcement.

11. On March 16, 2018, Cur S. Dad sent the UC a mailing address for the FedEx package to be sent. The address was in Las Vegas, Nevada on Howard Street with the name "Ramonaa L." Voter registration records for Howard Street indicated that a Ramona Leija lives very close to the address provided by Cur S. Dad. Ramona Leija was the relative of Ricardo Leija. A Facebook image of Ricardo Leija matched the individual using DarkKnightVegas when communicating with the individual arrested by the FBI in September 2017.

12. On March 19, 2018, the UC mailed a thumb drive containing only text files to the address provided by Cur S. Dad via FedEx. The UC provided a tracking number to Cur S. Dad and indicated once it was received the UC would provide passwords to access the encrypted files.

13. On March 23, 2018, Leija indicated he received the thumb drive. Leija sent a photograph of the thumb drive to the UC and used a password supplied by the UC to open a locked container on the thumb drive and supply a code that was placed in the locked container by law enforcement. Leija also sent a photograph of his face that matched the Facebook image of Leija and the image of Leija that he sent to the other subject previously arrested by law enforcement (paragraph 4).

14. Results from an administrative subpoena sent to the texting application company for username "Cur S. Dad" revealed the account was assigned to the registered owner who provided email address late.nite.henderson@gmail.com. The texting application indicated that username "Cur S. Dad" accessed his account using IP address 72.193.241.182.

15. Results from an administrative subpoena sent to Cox Communications revealed IP address 72.193.241.182 was registered to an individual Ricardo Leija at the address of at 917 Saddlehorn Drive, Henderson, Nevada. A Criminal History check revealed that Leija was arrested in 2010 at the address of 917 Saddlehorn Drive, Henderson, Nevada. Leija was convicted of possession of child pornography and required to register as a sex offender. Leija is currently registered as a sex offender at the address on Saddlehorn Drive.

16. On May 15, 2018, an Administrative subpoena was sent to NV Energy requesting account records for 917 Saddle Horn Drive, Henderson, Nevada. Officials with NV Energy responded indicating service account records for 917 Saddle Horn Drive, Henderson, Nevada were in the name of Raquel Leija, Social Security Account number 530-08-XXXX. The account reflected being active since October 2001. RICARDO LEIJA was listed as a spouse.

17. A query with the National Crime Information Center (NCIC) revealed that in 2011, RICARDO LEIJA was convicted of Possession of Visual Presentation Depicting Sexual Conduct of a Child, in case number C-11-274947-1, in Clark County, Nevada. During the 2011 investigation, RICARDO LEIJA was residing at 917 Saddlehorn Drive, Henderson, Nevada.

18. On May 18, 2018, a Federal search warrant was executed at 917 Saddlehorn Drive, Henderson, Nevada. During the search, Leija along with his wife and son were found at the home. Leija was advised of his Miranda rights, he agreed to waive those rights and speak to law enforcement without an attorney. He admitted to being in online contact with the UC. He

admitted to using both Kik user names, "Cur S. Dad" and "DarkKnightVegas". He admitted to using his IPhone to contact the UC. He provided the agents with the password to his IPhone. When Leija was asked about requesting the video of the 9 year old involved in sexual activity he requested an attorney. The interview was terminated. The search of Leija's home is still underway.

### III. CONCLUSION

20.     Based on my training and experience, and as further supported by the fact in this affidavit, I respectfully submit there is probable cause to believe that Leija knowingly attempted to use a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251(e).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Christopher Goodrich, Special Agent,
Federal Bureau of Investigation


Sworn and subscribed before me this 18th day of May, 2018.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-6245-Valle

### BOND RECOMMENDATION

DEFENDANT: RICARDO LEIJA

Pre-Trial Detention recommended
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
/SAUSA: M. CATHERINE KOONTZ

Last Known Address: _____

What Facility: _____

Agent(s):  Christopher Goodrich, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)